360 A.2d 644

Psaki, Appellant, v. Kungsgaten, Inc., et al.

Psaki, Appellant, v. Samuel Elgart, Inc., et al.

Argued June 17, 1976.

Robert H. Finkel, for appellant; John F. Naulty, with him Charles R. Bruton, for appellees.

Orders affirmed.

360 A.2d 676

Raitport, Appellant, v. Ballard et al.

Argued June 22, 1976. Eli Raitport, appellant, *in propria persona*; Ralph J. Teti, submitted a brief for appellees.

Order affirmed; petition for reargument refused July 14, 1976.